UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21397-CIV-ALTONAGA/Goodman

**MOROCCANOIL, INC.**,

    Plaintiff,
v.

**RIGOBERTO ACOSTA**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Moroccanoil, Inc., and Defendants, Rigoberto Acosta, Made in Dade Trading LLC, and Terigo Sourcing's Stipulation for Consent Judgment and Entry of Permanent Injunction [ECF No. 59], filed January 10, 2018. The parties inform the Court they have entered into a confidential settlement agreement. (*See* Stipulation 3).

Moroccanoil has alleged it is the exclusive owner of USPTO Registration Nos. 3,478,807; 3,684,909; and 3,684,910 (the "Morocconoil Trademarks"). (*See id.* 4). Moroccanoil and Acosta, Made in Dade Trading, and Terigo (together, the "Acosta Defendants") have stipulated the Complaint [ECF No. 1] sufficiently pleads claims upon which relief may be granted against the Acosta Defendants for trademark counterfeiting and infringement and for false designation of origin and false representation. (*See id.*).

The parties stipulate the Acosta Defendants, in connection with Defendants, Asimex International LLC and Asimex Global Operations, LLC (the "Asimex Defendants"), imported, offered, advertised, distributed and/or sold products that bore the Moroccanoil Trademarks but which were counterfeit and/or materially different than products authorized for sale by Moroccanoil. (*See id.*). The parties also stipulate Moroccanoil is entitled to a permanent

injunction against the Acosta Defendants and to recover damages, attorney's fees and costs in the total amount of $3,552,331.66. (*See id.*). The parties have agreed to waive any right to appeal from the Consent Judgment and Permanent Injunction. (*See id.* 5–6).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-captioned litigation (the "Action") arises under the United States Lanham Trademark Act, 15 U.S.C. section 1051 *et seq.*

2. The Court has original jurisdiction over the subject matter of the Action under 28 U.S.C. sections 1331, 1367(a), and 1338(a), and 15 U.S.C. section 1121.

3. The Court has personal jurisdiction over the Acosta Defendants.

4. Venue is proper in this District under 28 U.S.C. sections 1391(b)(1) and (2).

5. Judgment is hereby entered against the Acosta Defendants, jointly and severally, and in favor of Moroccanoil for the total amount of $3,552,331.66, which is comprised of Moroccanoil's damages in the total amount of $3,168,132.83, attorney's fees in the total amount of $366,077.00, and costs in the total amount of $18,121.83.

6. The Acosta Defendants and all of their present and future subsidiaries, divisions, parents, officers, directors, owners, partners, agents, employees, successors, assignees, executors, trustees, receivers, conservators, or administrators are hereby enjoined from from directly or indirectly doing any of the following:

    a. Importing, acquiring, purchasing, manufacturing, marketing, storing, transporting, transferring, exporting, distributing, dealing in, hypothecating, brokering, offering for sale, or selling any Moroccanoil

   Products[1] anywhere in the world; and

  b. Causing, directing, or assisting any other person to import, acquire, purchase, manufacture, market, store, transport, transfer, export, distribute, deal in, hypothecate, broker, offer for sale, or sell any Moroccanoil Products anywhere in the world.

7. Other than as set forth herein, Moroccanoil and the Acosta Defendants shall each bear their own attorneys' fees, costs, and expenses incurred in this Action.

8. This Consent Judgment and Permanent Injunction shall constitute the sole and final judgment of all claims in the Action between Moroccanoil and the Acosta Defendants.

9. Moroccanoil and the Acosta Defendants have expressly waived any right to appeal from this Consent Judgment and Permanent injunction.

**DONE AND ORDERED** in Miami, Florida, this 11th day of January, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] For the purpose of this Consent Judgment and Permanent Injunction, "Moroccanoil Product" means all products of any nature that bear any Moroccanoil Trademark, whether or not genuine or authentic.